CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKs
JUL 02 2013
JULIA C. DUDLEY, CLERK
BY: HMdDonaco
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HECTOR MOREL, | ) | Civil Action No. 7:12-cv-00423 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN ZYCH, et al., | ) | By: Hon. Jackson L. Kiser |
| Respondents. | ) | Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondents' motion to dismiss is **GRANTED**; the petition for a writ of habeas corpus is **DISMISSED**; and the action is **STRICKEN** from the active docket of the court. Based upon my finding that petitioner has not made the requisite substantial showing of a denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 2nd day of July, 2013.

Senior United States District Judge